ACCEPTED
03-14-00618-cr
6377400
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 10:53:22 PM
JEFFREY D. KYLE
CLERK

# Sutton Law Office

**John E. Sutton**
*Retired District Judge*

*Attorneys and Mediators*

**Judy Harris Sutton**
*Of Counsel*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/5/2015 10:53:22 PM
JEFFREY D. KYLE
Clerk

| Office Location: | Telephone: | Mailing Address: |
|---|---|---|
| 117 South Irving | 325-482-8470 | P. O. Box 871 |
| San Angelo, Texas 76903 | Facsimile: 325-482-9474 | San Angelo, Texas 76902 |

August 5, 2015

**By e-file**
Mr. Jeffery D. Kyle
Clerk of the Third Court of Appeals
P. O. Box 12547
Austin, Texas 78711-2547

Re:   John Anders vs. The State of Texas
     Court of Appeals Number: 03-14-00618-CR
     Trial Court Case Number: A-99-0301-S
     Our File Number: 2492

Dear Mr. Kyle:

I am certifying my compliance with the requirement contained in Rule 48.4. By letter dated July 25, 2015, I sent my client a copy of the opinion and judgment, along with the notification of the defendant's right to file a *pro se* petition for discretionary review. Attached to this letter is a copy of the return receipt. While the "Date of Delivery" was not completed, the postmark on the return receipt is July 30, 2015.

Yours truly,

John E. Sutton
Attorney at Law

Attachment

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _J Busa_ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*) _J Busa_    C. Date of Delivery |

1. Article Addressed to:

Mr. John Anders, #1944361
Huntsville Unit
815 12th Street
Huntsville, TX   77340

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(*Transfer from service labe*)  7007 2680 0002 9572 2751

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE
STANDARD
TX 773

30 JUL '15
#2492  PM 31



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

John E. Sutton
P. O. Box 871
San Angelo, TX    76902-0871